# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:20-cv-1-MOC-WCM

| MICHAEL JAMES GOSNELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| GEORGE WASHINGTON [SIC] BUSH | ) | |
| Defendant. | ) | |

**THIS MATTER** comes before the Court on pro se Plaintiff's "Motion for New Trial," (Doc. No. 18), which the Court construes as a motion for reconsideration of this Court's prior Order granting Defendant's motion to dismiss. See (Doc. No. 16).

Plaintiff's motion is denied, as this Court correctly granted Defendant's motion to dismiss.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's "Motion for New Trial," (Doc. No. 18), is **DENIED**.

Signed: April 2, 2020

Max O. Cogburn Jr.
United States District Judge